## Second Department, January, 1937.

### (January 2, 1937.)

In the Matter of the Appointment of Hon. BURT JAY HUMPHREY as an Official Referee.—Hon. Burt Jay Humphrey appointed an official referee. Present—Lazansky, P. J., Hagarty, Carswell, Davis, Johnston, Adel and Taylor, JJ.

In the Matter of the Appointment of Hon. J. ADDISON YOUNG as an Official Referee.— Hon. J. Addison Young appointed an official referee. Present — Lazansky, P. J., Hagarty, Carswell, Davis, Johnston, Adel and Taylor, JJ.

### (January 8, 1937.)

BANKERS TRUST COMPANY, as Trustee, Respondent, v. NEW YORK AND QUEENS COUNTY RAILWAY COMPANY, Respondent; ARTHUR G. PEACOCK, Receiver-Respondent; BONDHOLDERS' COMMITTEE, Respondent; EUGENE J. NOYES, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

JOSEPH COHEN, Appellant, v. MEYER WINOKUR, as President of the Retail Dairy, Grocery, Fruit and Vegetable Clerks' Union of Greater New York, Local No. 338, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

COLONIAL DISCOUNT CO., INC., Appellant, v. ROBERT EDWARD RUMENS, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 736.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

CHARLES G. COMSTOCK, Respondent, v. HARRY BENSKY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

ISADORE P. EISENBERG, Appellant, v. MAX WENIG, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

GUARANTEED TITLE AND MORTGAGE COMPANY, Appellant, v. CHARLES SCHEFFRES, Defendant; HERMAN MARGULIES and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

LAWRENCE HANFGARN, Respondent, v. GEORGE MARK, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See 248 App. Div. 331; ante, p. 743, and p. 776.] The following question is certified: Does the complaint state facts sufficient to constitute a cause of action? Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ. .

In the Matter of the Judicial Settlement of the Final Account of Proceedings of WESTCHESTER TRUST COMPANY, as Executor of DENIS F. GERBEREUX, Deceased. WESTCHESTER TRUST COMPANY, as Executor, etc., of DENIS F. GERBEREUX, Deceased, Appellant; ANNA M. GERBEREUX and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 751.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.